IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL ACTION NO. |
| | : 2:16-CR-015-RWS-JCF |
| THOMAS EARL RUSSELL, | : |
| | : |
| Defendant. | : |

## ORDER

This case is before the Court for consideration of the Report and Recommendation ("R&R") [Dkt. No. 36] of Magistrate Judge J. Clay Fuller. After reviewing the R&R and Defendant's Objections [Dkt. No. 38] thereto, the R&R is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motions to Suppress [Dkt. Nos. 13 & 21] are **DENIED**.

**SO ORDERED** this 10th day of November, 2016.

_____
RICHARD W. STORY
United States District Judge